FILED
August 2, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No: 7:24-MJ-027 |
| MAURICE WILSON, JR. | |

## CRIMINAL COMPLAINT

I, Dylan Dilbeck, under oath, duly state that I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

On or about January 31, 2024, in the Wichita Falls Division of the Northern District of Texas, defendant **Maurice Wilson, Jr.**, having been convicted of a crime punishable by a term of imprisonment in excess of one year, and knowing that he had been convicted of such an offense, did knowingly and unlawfully possess in and affecting interstate and foreign commerce, the following firearms: a Taurus, Model G3, 9mm caliber pistol, bearing serial number ADC058055; and a Diamondback, Model BD15, 300 Blackout caliber, AR-15 style rifle, bearing serial number DB2640024, in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8).

**Probable Cause:**

I, ATF TFO Dylan Dilbeck, under oath, duly state that the information set forth in this affidavit is true and correct to the best of my knowledge and belief, but is not inclusive of all the evidence or information in the case.

1. On January 31, 2024 Wichita Falls Police Department Special Operations Unit executed a search and arrest warrant at a particular address in Wichita Falls, Wichita County, Texas. The warrant named **MAURICE WILSON** as a subject of the search warrant and a person to be searched.

2. During the execution of the warrant, **WILSON** was located in the living room near the front door. A Taurus, model G3, 9mm caliber pistol, bearing serial number ADC058055 was located in pain view on the couch in the living room. Approximately forty-one (41) grams of crack cocaine was located on the coffee table in the living room.

3. A follow-up evidentiary search warrant at another of **WILSON's** residences revealed a Diamondback, Model BD15, 300 Blackout caliber, AR-15 style rifle, bearing serial number DB2640024. This firearm returned as having been reported stolen.

4. During a post-Miranda interview, **WILSON** admitted the pistol, rifle, and cocaine were his. **WILSON** also admitted to knowing he was a convicted felon, and that he wasn't supposed to possess firearms.

5. **WILSON** has an extensive criminal history to include at least eight state felony convictions, three of which are for unlawful possession of a firearm by a felon. **WILSON** was also on state parole at the time he committed the present offense.

6. An ATF Interstate Nexus Expert reviewed photos and a description of the above-described Taurus, Model G3, 9mm caliber pistol, bearing serial number ADC058055, and Diamondback, Model BD15, 300 Blackout caliber, AR-15 style rifle, bearing serial number DB2640024. The ATF expert determined that the firearms were manufactured outside the state of Texas, and therefore had traveled in or affected interstate or foreign commerce prior to the defendant's possession.

Based upon the above facts and circumstances, I respectfully submit there is probable cause to believe that **Maurice Wilson Jr.**, a convicted felon, did knowingly and unlawfully possess a firearm in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8).

_____
Dylan Dilbeck, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives


Sworn to before me and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1 on August __2__, 2024 at _1:06_ a.m./p.m., in Fort Worth, Texas.


_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE