ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

v.

MAURICE WILSON, JR. (01)

No. 7-24CR-013-O

# INDICTMENT

The Grand Jury Charges:

Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8))

On or about January 31, 2024, in the Wichita Falls Division of the Northern District of Texas, the defendant, **Maurice Wilson, Jr.**, having been convicted of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, and knowing that he had been convicted of such an offense, did knowingly possess in and affecting interstate and foreign commerce the following firearms: a Taurus, Model G3, 9mm caliber pistol, bearing serial number ADC058055; and a Diamondback, Model BD15, 300 Blackout caliber, AR-15 style rifle, bearing serial number DB2640024.

In violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one, and under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Maurice Wilson, Jr.**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense or seized in the investigation of this offense, including but not limited to, the following: a Taurus, Model G3, 9mm caliber pistol, bearing serial number ADC058055; and a Diamondback, Model BD15, 300 Blackout caliber, AR-15 style rifle, bearing serial number DB2640024, along with any associated magazines, ammunition, and firearm accessories.

A TRUE BILL.

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: levi.thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

---

THE UNITED STATES OF AMERICA

v.

MAURICE WILSON, JR. (01)

---

INDICTMENT

(18 U.S.C. §§ 922(g)(1) and 924(a)(8))
Possession of a Firearm by a Convicted Felon

(1 COUNT)

(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))
Forfeiture Notice

---

A true bill rendered:

FORT WORTH FOREPERSON

Filed in open court this 14th day of August, 2024.

**In State Custody**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 7:24-MJ-027-BP