IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

v.  No. 7:24-CR-013-O

MAURICE WILSON, JR. (01)

## AMENDED FACTUAL RESUMÉ

I. <u>Plea:</u>
The defendant is pleading guilty to Count One: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8).

II. <u>Penalties:</u>
The penalties the Court can impose include:

a. imprisonment for a period not to exceed fifteen (15) years;
b. a fine not to exceed $250,000;
c. a term of supervised release not to exceed three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;
d. a mandatory special assessment of $100;
e. restitution to victims or to the community; and
f. forfeiture of firearms and ammunition.

III. <u>Elements of the Offense:</u>
The elements the government must prove beyond a reasonable doubt to establish the offense alleged in Count One are:

<u>First:</u>   That the defendant knowingly possessed a firearm;

<u>Second:</u>   Before the defendant possessed the firearm, he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is a felony offense;

<u>Third:</u>   At the time the defendant possessed the firearm, he knew he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is a felony offense; and

Factual Resume - Page 1 of 2

Fourth:  The possession of the firearm affected interstate or foreign commerce; that is: before the defendant possessed the charged firearm, it had traveled at some time from one state to another or between any part of the United States and any other country.

IV. Stipulated Facts:

On January 31, 2024, in Wichita Falls, Texas, the defendant, **Maurice Wilson, Jr.**, did knowingly possess, in and affecting interstate and foreign commerce, the following firearms: a Taurus, Model G3, 9mm caliber pistol, bearing serial number ADC058055; and a Diamondback, Model BD15, 300 Blackout caliber, AR-15 style rifle, bearing serial number DB2640024, after having been convicted of a felony offense.

On that date, Wichita Falls Police Department officers executed search warrants at two locations associated with **Wilson**. During the searches, officers recovered a Taurus, Model G3, 9mm caliber pistol, bearing serial number ADC058055; and a Diamondback, Model BD15, 300 Blackout caliber, AR-15 style rifle, bearing serial number DB2640024.  **Wilson** admits he possessed the firearms in these two locations. Prior to possessing the firearms, **Wilson** had been convicted of a crime punishable by imprisonment for a term in excess of one year, and he knew he had been convicted of such an offense. Prior to **Wilson** possessing the firearms, they had traveled at some time from one state to another or between any part of the United States and any other country.

AGREED AND STIPULATED on this _9th_ day of _September_, 2024.

_____  
MAURICE WILSON, JR.  
Defendant

_____ CHRIS WEINKEL FOR:  
PIA R. LEDERMAN  
Counsel for Defendant

Factual Resume - Page 2 of 2